UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**In the Matter of:**

                                                                       CHAPTER 13 PROCEEDINGS

**TIMOTHY C TUNEBURG**                 CASE NUMBER: 07-21801
**PAULA L TUNEBURG**                    HON: DANIEL S OPPERMAN
                **Debtor(s).**
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $274.79 for deposits in the U. S. Registry as evidenced by the attached Check No. 256263 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on September 30, 2010 on behalf of the following creditor:

     Sun Tech     September 30, 2010    $274.79

     Creditor disbursement sent September 30, 2009 and check is returned forwarding address expired, not able to locate this creditor..

Date: November 11, 2010                         /s/ Thomas W McDonald
                                                        Thomas W McDonald, Jr.
                                                        Chapter 13 Trustee
                                                       3144 Davenport Ave
                                                       Saginaw Mi 48602
                                                       Telephone (989) 792-6766
                                                       ecf@mcdonald13.org