UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**In the Matter of:**

                                     **CHAPTER 13 PROCEEDINGS**
**TIMITHY C TUNEBURG**           **CASE NUMBER: 07-21801**
**PAULA L TUNEBURG**             **HON: DANIEL S OPPERMAN**
           **Debtor(s).**
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $110.91 for deposits in the U. S. Registry as evidenced by the attached Check No. 256290 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on September 30, 2010 on behalf of the following creditor:

     Sun Tech Inc   $110.91       September 30, 2010

     Not able to locate creditor.

Date: December 21, 2010                          /s/ Thomas W McDonald
                                                          Thomas W McDonald, Jr.
                                                          Chapter 13 Trustee
                                                          3144 Davenport Ave
                                                          Saginaw Mi 48602
                                                          Telephone (989) 792-6766
                                                          ecf@mcdonald13.org